UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RALPH NEAL,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, INC; BANK OF AMERICA, N.A.; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No.  5:15-cv-03212-HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Defendant moves to dismiss the complaint.  Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than July 27, 2015, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge.  Despite reminders from the court, not all parties have done so.  Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge.  28 U.S.C. § 636; Civ. L.R. 73-1.

SO ORDERED.

Dated:   August 3, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-03212-HRL Notice has been electronically mailed to:

Bryan Lakeith Hawkins     bryan.hawkins@stoel.com, docketclerk@stoel.com, maria.davis@stoel.com

5:15-cv-03212-HRL Notice sent by U.S. Mail to:

Ralph B. Neal
1588 Calco Creek
San Jose, CA 95127