E-filed 9/6/2016

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH B. NEAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-04923-HRL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 1 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Davila for consideration of whether the case is related to 5:15-cv-03212-EJD, *Neal v. Select Portfolio Servicing, Inc, et al*.

**IT IS SO ORDERED.**

Dated: 9/6/2016

HOWARD R. LLOYD
United States Magistrate Judge